# EXHIBIT A

For the Court's convenience, Defendants and Relief Defendants have prepared the following chart, which summarizes the various grounds upon which the Complaint should be transferred or dismissed as set forth more fully in the accompanying Memorandum of Law.

| Name | First Offering | Second Offering | Third Offering | Fourth Offering |
|---|---|---|---|---|
| **American Patriot Brands, Inc.** | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• Failure to state a claim (p. 21) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21)<br>• Failure to state a claim (not a security) (p. 24 n.11) |
| **Urban Pharms, LLC** | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21)<br>• No allegations against Urban Pharms whatsoever (p. 22)<br>• Cannot be held liable on the mere basis that it is a subsidiary of American Patriot Brands (p. 22 n.10)<br>• No venue for this Defendant (p. 24) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• Failure to state a claim (p. 21)<br>• No allegations against Urban Pharms whatsoever (p. 22)<br>• Cannot be held liable on the mere basis that it is a subsidiary of American Patriot Brands (p. 22 n.10)<br>• No venue for this Defendant (p. 24) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21)<br>• No allegations against Urban Pharms whatsoever (p. 22)<br>• Cannot be held liable on the mere basis that it is a subsidiary of American Patriot Brands (p. 22 n.10)<br>• No venue for this Defendant (p. 24) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21)<br>• No allegations against Urban Pharms whatsoever (p. 22)<br>• Cannot be held liable on the mere basis that it is a subsidiary of American Patriot Brands (p. 22 n.10)<br>• Failure to state a claim (not a security) (p. 24 n.11)<br>• No venue for this Defendant (p. 24) |
| **DJ&S Property #1, LLC** | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21)<br>• No allegations against DJ&S (p. 22)<br>• No venue for this Defendant (p. 24) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• Failure to state a claim (p. 21)<br>• No allegations against DJ&S (p. 22)<br>• No venue for this Defendant (p. 24) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21)<br>• No allegations against DJ&S (p. 22)<br>• No venue for this Defendant (p. 24) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21)<br>• Failure to state a claim (not a security) (p. 24 n.11)<br>• No venue for this Defendant (p. 24) |

| Name | First Offering | Second Offering | Third Offering | Fourth Offering |
|---|---|---|---|---|
| **TSL Distribution, LLC** | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21)<br>• No allegations against TSL whatsoever (p. 22)<br>• Cannot be held liable on the mere basis that it is a subsidiary of American Patriot Brands (p. 22 n.10)<br>• No venue for this Defendant (p. 24) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• Failure to state a claim (p. 21)<br>• No allegations against TSL whatsoever (p. 22)<br>• Cannot be held liable on the mere basis that it is a subsidiary of American Patriot Brands (p. 22 n.10)<br>• No venue for this Defendant (p. 24) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21)<br>• No allegations against TSL whatsoever (p. 22)<br>• Cannot be held liable on the mere basis that it is a subsidiary of American Patriot Brands (p. 22 n.10)<br>• No venue for this Defendant (p. 24) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21)<br>• No allegations against TSL whatsoever (p. 22)<br>• Cannot be held liable on the mere basis that it is a subsidiary of American Patriot Brands (p. 22 n.10)<br>• No venue for this Defendant (p. 24)<br>• Failure to state a claim (not a security) (p. 24 n.11) |
| **Robert Y. Lee** | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• Failure to state a claim (p. 21) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21)<br>• Failure to state a claim (not a security) (p. 24 n.11) |
| **Brian Pallas** | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• Failure to state a claim (p. 21) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21)<br>• Failure to state a claim (not a security) (p. 24 n.11) |
| **J. Bernard Rice** | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21)<br>• No venue for this Defendant (p. 24) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• Failure to state a claim (p. 21)<br>• No allegations against Mr. Rice (p. 22)<br>• No venue for this Defendant (p. 24) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21)<br>• No allegations against Mr. Rice (p. 22)<br>• No venue for this Defendant (p. 24) | • Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 7)<br>• No venue for this Transaction (p. 19)<br>• Failure to state a claim (p. 21)<br>• No allegations against Mr. Rice (p. 22)<br>• No venue for this Defendant (p. 24)<br>• Failure to state a claim (not a security) (p. 24 n.11) |
| *Relief Defendants* | | | | |
| **Puerto Rico One Corporation; Castro Business Enterprises, LLC; Legion Accounting Services, Inc.** | Across all Transactions that form the basis of this Complaint:<br><br>• Transferring venue serves the convenience of the parties and the witnesses and the interest of justice (p. 4 n.3, p. 7)<br>• Failure to state a claim (p. 21) | | | |