UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>PLAINTIFF,<br><br>v.<br><br>AMERICAN PATRIOT BRANDS, INC., URBAN PHARMS, LLC, DJ & S PROPERTY #1, LLC, TSL DISTRIBUTION, LLC, ROBERT Y. LEE, BRIAN L. PALLAS, AND J. BERNARD RICE,<br><br>DEFENDANTS, AND<br><br>PUERTO RICO ONE CORPORATION, CASTRO BUSINESS ENTERPRISES, LLC, AND LEGION ACCOUNTING SERVICES, INC.<br><br>RELIEF DEFENDANTS. | Case No. 3:23-cv-01124 |

**CONSENT MOTION**
**FOR CLARIFICATON OF BRIEFING ORDERS**

Plaintiff Securities and Exchange Commission ("SEC"), with the consent of all Defendants, including Relief Defendants, respectfully seeks clarification of the Court's briefing orders. In support, the SEC states:

1. On May 17, 2023, the Court issued a briefing order (the "First Briefing Order") setting forth deadlines and page limits for Defendants and Relief Defendants to respond to the Complaint and for the briefing of any motion filed in lieu of an Answer. *See* Docket No. 13.

2. Pursuant to the First Briefing Order, the Defendants and Relief Defendants filed a consolidated motion in lieu of an Answer seeking to transfer venue or dismiss the case. *See* Docket No. 22.

3. On June 1, 2023, the Court issued a second briefing order (the "Second Briefing Order") with different deadlines. The Second Briefing Order does not include the page limitations of the First Briefing Order. *See* Docket No. 24.

4. The SEC, with the consent of the Defendants and Relief Defendants, respectfully requests that the Second Briefing Order be vacated in favor of the First Briefing Order.

WHEREFORE, Plaintiff respectfully requests that this Court vacate the Order at Docket No. 24 in favor of the Order at Docket No. 13 and for all other just and proper relief.

June 8, 2023                                        Respectfully submitted,

                                                    <u>/s/Samantha M. Williams</u>
                                                    Samantha M. Williams
                                                    Special Temporary Permission for
                                                    Governmental Attorney No. G03809
                                                    U.S. Securities and Exchange Commission
                                                    100 F Street, N.E.
                                                    Washington, D.C. 20549
                                                    202-551-4061
                                                    williamssam@sec.gov

                                                    *Attorney for Plaintiff*
                                                    *Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 8, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                  */s/Samantha Williams*
                                                  Samantha M. Williams