UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>PLAINTIFF,<br><br>v.<br><br>AMERICAN PATRIOT BRANDS, INC., URBAN PHARMS, LLC, DJ & S PROPERTY #1, LLC, TSL DISTRIBUTION, LLC, ROBERT Y. LEE, BRIAN L. PALLAS, AND J. BERNARD RICE,<br><br>DEFENDANTS, AND<br><br>PUERTO RICO ONE CORPORATION, CASTRO BUSINESS ENTERPRISES, LLC, AND LEGION ACCOUNTING SERVICES, INC.<br><br>RELIEF DEFENDANTS. | Case No. 3:23-cv-01124 |

**PROPOSED**
**ORDER ON MOTION FOR CLARIFICATION**

This matter, having come before the Court on a Consent Motion for Clarification of the Court's briefing orders, and the Court, being duly advised, hereby

**GRANTS** the Motion.

**IT IS HEREBY ORDERED** that the Order at Docket No. 24 is **VACATED**; and it is further

**ORDERED** that the parties shall comply with the Order at Docket No. 13 in connection with the briefing of the Motion filed at Docket No. 22.

**DATED:** _____      _____
**UNITED STATES DISTRICT JUDGE**